# Court of Appeals
# of the State of Georgia

ATLANTA,  December 06, 2016

*The Court of Appeals hereby passes the following order:*

## A17A0577.   QAZZAFI BUTT v. TAJ ONLINE, LLC d/b/a MEENA JEWELERS.

This case began as an action for damages in magistrate court.  Following an adverse ruling in that court, plaintiff Qazzafi Butt appealed to the superior court, which ruled in favor of Taj Online, LLC.  Butt then appealed directly to this Court. We, however, lack jurisdiction.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003) (punctuation omitted); see also OCGA § 5-6-35 (a) (1).  Butt's failure to follow the proper appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
     Clerk's Office, Atlanta,  12/06/2016
     I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
     Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.